DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE MARQUEZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>           *Plaintiff,* <br>   v. <br> JORGE MARQUEZ-LOPEZ, <br>           *Defendant.* | No. 1:07-cr-0233 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON <br><br> Date : February 25, 2008 <br> Time: 9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for February 11, 2008, may be continued to **February 25, 2008 at 9:00 a.m.**

The continuance sought is at the request of defense counsel to allow her client additional time to consider a plea offer.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

///

///

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED:  February 7, 2008 | /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED:  February 7, 2008 | /s/ Carrie S. Leonetti<br>CARRIE S. LEONETTI<br>Assistant Federal Defender<br>Attorney for Defendant<br>JORGE MARQUEZ-LOPEZ |

**O R D E R**

**IT IS SO ORDERED**.  Time is excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:    February 8, 2008**                 /s/ Anthony W. Ishii
                                               UNITED STATES DISTRICT JUDGE